UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                            CASE NO.: 8:15-CR-284-T-26MAP

LUCIO MOLINA-MARROKUIN, et. al.
**JAVIER NOYOLA RUIZ**
_____/

## **SENTENCING MEMORANDUM**

The Defendant, JAVIER NOYOLA RUIZ by and through his undersigned counsel and pursuant to 18 U.S.C. 3553 files this sentencing memorandum.

1. On July 29, 2015, the Defendant was charged with a 2 count Indictment with the crimes of conspiracy to possess with the intent to distribute five (5) kilograms or more of cocaine while aboard a vessel subject to the jurisdiction of the United States' (Count One) and possession with the intent to distribute five (5) kilograms or more of cocaine while aboard a vessel subject to the jurisdiction of the United States (Count Two).

2. The Defendant exercised the constitutional right of a jury trial. The trial began on March 29, 2016, and ended on April 1, 2016 with the rendering of a guilty verdict as to Count One and NOT GUILTY as to Count Two.

3. The United States Probation calculated Mr. Javier Noyola Ruiz's advisory evidence range at a base level of 38 with a criminal history category 1 which converts to 235-293 months. (PSR ¶ 15 and ¶ 45).

4. Section 3553(a)(2) sets forth the purposes of sentencing, which can be summarized as:

> (1) just punishment;
>
> (2) deterrence;
>
> (3) protection of the public; and
>
> (4) rehabilitation

5. In this case the Columbian Traffickers on the semi-submersible (SPSS) received the following sentence:

Robert Valence Cesar Valencia and John Pineda all received sentences of 120 months imprisonment followed by 5 years supervised release.

While Jose Ramos received a sentence of 108 months imprisonment followed by 5 years supervised release.

6. Javier Noyola Ruiz should not be additionally punished by receiving double the sentence of his co-defendant merely for exercising his right to a trial.

7. If this Honorable Court found that 108 months and 120 months sentence satisifies the purpose of 3553(a) with respect to the co-defendants

then it is respectfully submitted that a sentence of 120 moths for Mr. Javier Noyola Ruiz is sufficient to accomplish the statutory goal of sentencing.

## CONCLUSION

For the reasons stated herein, Mr. Javier Noyola Ruiz respectfully asks this Court to impose a sentence of 120 months. Such a sentence is reasonable in light of the the factors set forth at 18 U.S.C. § 3553(a).

DATED this 31st day of August, 2016.

Respectfully submitted,

/s/William E. Gottfried
William E. Gottfried, Esquire
FBN 0477974
Attorney for Javier Noyola Ruiz

## Certificate of Service

I hereby certify that on **August 31, 2016** I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system was forwarded to all parties of record and to Office of the U.S. Attorney, Middle District of Florida, Tampa Division.

/s/William E. Gottfried
William E. Gottfried, Esquire
FBN 0477974
Attorney for Javier Noyola Ruiz
1435 Gulf to Bay Blvd., Suite C
Clearwater, Florida 33755
Telephone: (727) 462-5592
FAX No:   (727) 462-5593
Email: wgfirm@aol.com